IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHRISTOPHER E. HOPE, SR.,

    Plaintiff,

v.                                                                                    5:13cv362-WS

WILLIE WALKER, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the court is the magistrate judge's report and recommendation docketed August 18, 2015.  See Doc. 53.  The magistrate judge recommends that the defendant's motion for failure to exhaust administrative remedies be granted.  The plaintiff has filed objections (doc. 58) to the magistrate judge's report and recommendation.

    Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 53) is hereby ADOPTED and incorporated by reference into this order.

2. The defendant's motion (doc. 37) to dismiss for failure to exhaust administrative remedies is GRANTED.

3. The plaintiff's complaint and this action are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.

4. The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this   4th   day of   September  , 2015.

                                          s/ William Stafford
                                          WILLIAM STAFFORD
                                          SENIOR UNITED STATES DISTRICT JUDGE